# EXHIBIT
# A

# CENTER FOR INDIVIDUAL RIGHTS

1233 TWENTIETH STREET, N.W., SUITE 300
WASHINGTON, D.C. 20036

(202) 833-8400
FAX: (202) 833-8410
CIR@MAIL.WDN.COM
http://www.cir-usa.org

WRITER'S EXTENSION:
109

May 21, 2003

<u>VIA FACSIMILE</u>
(202) 514-6195

Nelson Hermilla, Chief
FOIA/PA Branch, Civil Rights Division
Room 311, NALC Building
950 Pennsylvania Ave., NW
Department of Justice
Washington, D.C. 20530

Re:    Freedom of Information Act Request

Dear Mr. Hermilla:

I am writing on behalf of the Center for Individual Rights ("CIR") to request access to and copies of the records below, pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, et seq., and the regulations thereunder. The records we seek consist of all communications between the Department of Justice and any representatives of the defendants in United States v. New York City Board of Education, et al., Civil Action No. 96-0374 (E.D.N.Y.) between February 1, 1999 and April 5, 2002, including but not limited to the following documents, which are underlined. Beneath in ordinary type are descriptions of the records sought, which are intended to help in locating the records, not as a limitation on the records sought.

| DATE & TIME | DESCRIPTION OF COMMUNICATION |
|---|---|
| 04/05/00 | <u>Facsimile from Norma Cote to Meredith Burrell</u><br>Re: list of objections received by NYC Bd. of Educ. |
| 04/05/00 | <u>Document prepared by Norma Cote</u><br>Listing objections to alternative use of Exam 7004 |
| 09/10/01 | <u>Meredith Burrell's handwritten notes of phone conference with Norma Cote, Aaron Schuham and phone conference with intervenors' counsel</u> |
| 10/26/01<br>2:28 p.m. | <u>Email from Norma Cote to Aaron Schuham</u><br>Re: 2nd Try, Settlement Beneficiaries (contains facts about offerees) |
| 10/26/01<br>4:57 p.m. | <u>Email from Aaron Schuham to Norma Cote</u><br>Re: 2nd Try, Settlement Beneficiaries (trying to rearrange telephone conference) |

| DATE & TIME | DESCRIPTION OF COMMUNICATION |
|---|---|
| 10/26/01 6:43 p.m. | Email from Norma Cote to Aaron Schuham Re: profiles of intervenors and useful case |
| 10/29/01 10:16 a.m. | Email from Aaron Schuham to Norma Cote Re: Profiles of Intervenors and Useful Case |
| 10/29/01 | Email from Aaron Schuham to Norma Cote Re: Profiles of Intervenors and Useful Case |
| 10/29/01 2:40 p.m. | Email from Norma Cote to Aaron Schuham Re: Profiles of Intervenors and Useful Case |
| 10/29/01 3:49 p.m. | Email from Norma Cote to Aaron Schuham Re: profiles of offerees are inaccessible |
| 10/30/01 10:39 a.m. | Email from Norma Cote to Aaron Schuham Regarding strategy to dismiss § 1981/83/85 claims |
| 10/30/01 12:20 p.m. | Email from Norma Cote to Aaron Schuham Re: "State Action" |
| 10/30/01 2:54 p.m. - 3:12 p.m. | Three Emails between Norma Cote and Aaron Schuham Re: Settlement Agreement |
| 10/30/01 3:12 p.m. | Email from Norma Cote to Aaron Schuham re: contact information or requests for copies of Settlement Agreement |
| 11/02/01 12:43 p.m. | Email from Norma Cote to Aaron Schuham and Meredith Burrell Re: beneficiaries of Settlement Agreement |
| 11/05/01 2:02 p.m. | Email from Aaron Schuham to Norma Cote Re: beneficiaries of Settlement Agreement |
| 11/05/01 3:38 p.m. | Email from Aaron Schuham to Norma Cote (discussing activity of paralegal or request for phone conference) |
| 11/07/01 11:20 a.m. | Email from Aaron Schuham to Norma Cote (requesting phone conference) |
| 11/07/01 12:36 p.m. | Email from Aaron Schuham to Norma Cote (regarding phone conference) |
| 11/07/01 3:55 p.m. | Email from Aaron Schuham to Norma Cote (regarding new address) |
| 11/07/01 4:08 p.m. | Email from Aaron Schuham to Norma Cote (listing cases re: "under color of federal law") |

| DATE & TIME | DESCRIPTION OF COMMUNICATION |
|---|---|
| 11/07/01 7:45 pm | Email from Norma Cote to Aaron Schuham, Meredith Burrell RE Exams Taken by Offerees/Beneficiaries<br>Summary of information re: tests taken by offerees PLUS three-page compilation of offeree information (dated 11/7/01 on p.1) |
| 11/07/01 | Meredith Burrell's handwritten notes of telephone conference with Norma Cote, Aaron Schuham<br>Strategy re: motion to dismiss * |
| 11/08/01 10:31 am | Email from Aaron Schuham to Norma Cote<br>Regarding EDNY local rules |
| 11/08/01 11:15 am | Two emails from Aaron Schuham to Norma Cote RE (no subject)<br>Local rule 37.3 (a) and (c) v. 37.1 (a) and (c) |
| 11/08/01 11:23 am | Email from Aaron Schuham to Norma Cote<br>Regarding relationship between filing affirmative motion and answering second amended complaint |
| 11/08/01 11:40 am | Two emails between Aaron Schuham and Norma Cote RE (no subject)<br>Strategy re: filing answer, moving for re-entry of agreement |
| 11/08/01 11:49 am | Email from Meredith Burrell to Norma Cote, cc Aaron Schuham, Cate Greene RE (no subject)<br>Cases/arguments re: 1985(3) |
| 11/08/01 11:55 am | Email from Norma Cote to Aaron Schuham RE (no subject)<br>Strategy re: filing answer, motion to dismiss, motion to strike (Note: this email includes an email from Aaron Schuham to Norma Cote reprinted at the end without date/time information) |
| 11/08/01 11:55 am. | Email from Aaron Schuham to Norma Cote, Meredith Burrell RE (no subject)<br>Corrections to offeree test-taking information |
| 11/08/01 12:02 pm | Email from Norma Cote to Aaron Schuham RE (no subject)<br>Corrections to offeree test taking information |
| 11/08/01 12:04 p.m. | Email from Aaron Schuham to Norma Cote<br>Regarding retro seniority date corrections for two offerees, informing that they changed as a result of objections |
| 11/08/01 12:04 pm | Email from Aaron Schuham to Norma Cote, Meredith Burrell RE (no subject)<br>Corrections to offeree test-taking information |
| 11/08/01 11:57 am | Email from Aaron Schuham to Meredith Burrell RE (no subject)<br>Forwarding City's strategy re: answer, motions to dismiss/strike |

| DATE & TIME | DESCRIPTION OF COMMUNICATION |
|---|---|
| 11/08/01 12:11 pm | Email from Norma Cote to Aaron Schuham RE (no subject) <br> Corrections to offeree test-taking information |
| 11/08/01 12:18 pm | Email from Meredith Burrell to Norma Cote, cc Aaron Schuham RE (no subject) <br> Strategy re: filing answer, motion to dismiss, motion to strike |
| 11/08/01 12:35 pm | Email from Norma Cote to Meredith Burrell RE (no subject) <br> Strategy re: filing answer, motion to dismiss, motion to strike |
| 11/08/01 2:50 pm | Email from Norma Cote to Aaron Schuham, Meredith Burrell RE The New Would-Be Intervenors <br> Allegations of second amended complaint |
| 11/08/01 1:32 pm | Email from Norma Cote to Aaron Schuham, Meredith Burrell RE Procedure on Motion for Re-Entry <br> Strategy re: procedure for seeking re-entry of agreement |
| 11/08/01 2:54 pm | Email Aaron Schuham to Norma Cote, Meredith Burrell RE Procedure on Motion for Re-Entry <br> Strategy re: procedure for seeking re-entry of agreement |
| 11/08/01 3:15 pm | Email from Norma Cote to Aaron Schuham RE Procedure on Motion for Re-entry <br> Strategy re: procedure for seeking re-entry of agreement |
| 11/08/01 3:46 pm | Email from Meredith Burrell to Norma Cote, Aaron Schuham RE The New Would-Be Intervenors <br> Proposed intervenor Scott Spring's objection to settlement |
| 11/08/01 4:31 pm | Email from Aaron Schuham to Norma Cote, cc Meredith Burrell RE (no subject) <br> Forwarding draft letter to Levy re: re-entry of settlement |
| 11/08/01 6:43 pm | Email from Norma Cote to Aaron Schuham, cc Meredith Burrell RE Your Draft <br> Forwarding City's comments and suggestions on draft letter to Levy |
| 11/09/01 10:59 am | Email from Aaron Schuham to Norma Cote RE Your Draft <br> Re draft letter to Levy re: re-entry of settlement |
| 11/09/01 11:04 am | Email from Aaron Schuham to Norma Cote RE Your Draft <br> Filing of second amended complaint, hand filing of letter to Levy |
| 11/09/01 11:17 am | Email from Norma Cote to Aaron Schuham RE Your Draft <br> Filing of second amended complaint, hand filing of letter to Levy |
| 11/09/01 11:46 am | Email from Aaron Schuham to Norma Cote, cc Meredith Burrell, RE (no subject) <br> Revised letter to Levy |
| 11/09/01 1:16 pm | Email from Norma Cote to Aaron Schuham RE MJ Levy Letter <br> City's suggestions for changes to letter |

| DATE & TIME | DESCRIPTION OF COMMUNICATION |
|---|---|
| 11/09/01 1:41 pm | Email from Aaron Schuham to Norma Cote RE MJ Levy Letter Changes to letter to Levy |
| 11/09/01 1:57 pm | Email from Aaron Schuham to Norma Cote RE (no subject) Changes to letter to Levy; forwarding final version |
| 11/09/01 2:08 pm | Email from Norma Cote to Aaron Schuham RE (no subject) Final change to letter to Levy |
| 11/09/01 2:22pm | Email from Aaron Schuham to Norma Cote, cc Meredith Burrell RE (no subject) Final version of letter to Levy |
| 11/09/01 3:29 pm | Email from Norma Cote to Aaron Schuham RE Task Completed Logistics of filing and service of letter |
| 11/09/01 3:37 pm | Email from Norma Cote to Aaron Schuham RE Task Completed Logistics of filing and service of letter (Note :this email includes an email from Aaron Schuham to Norma Cote reprinted at the end without date/time information re: same subject) |
| 11/09/01 3:48 pm | Email from Norma Cote to Aaron Schuham RE Task Completed Logistics of filing and service of letter |
| 11/09/01 4:38 pm | Email from Aaron Schuham to Norma Cote RE (no subject) Have not received fax |
| 11/09/01 4:47 pm | Email from Norma Cote to Aaron Schuham RE (no subject) Confirmation that fax went through |
| 11/09/01 4:48 pm | Email from Aaron Schuham to Norma Cote RE (no subject) Wrong fax number |
| 11/09/01 4:49 pm | Email from Norma Cote to Aaron Schuham RE (no subject) Will re-send fax |
| 11/09/01 5:23 pm | Email from Aaron Schuham to Norma Cote RE (no subject) Fax is barely readable |
| 11/13/01 12:10 pm | Email from Norma Cote to Aaron Schuham, Meredith Burrell RE The 1985 Cases and "Color of State Law" Cases Strategy re: motion to dismiss |
| 11/14/01 4:20 pm | Email from Aaron Schuham to Norma Cote RE The 1985 Cases and "Color of State Law" Cases Strategy re: motion to dismiss |

| DATE & TIME | DESCRIPTION OF COMMUNICATION |
|---|---|
| 11/14/01 7:32 pm | Email from Aaron Schuham to Norma Cote RE The 1985 Cases and the "Color of State Law" Cases<br>Setting up conference call |
| 11/15/01 9:35 am | Email from Aaron Schuham to Norma Cote, cc Meredith Burrell RE (no subject)<br>Strategy/cases re: intervenors' equal protection claim |
| 11/15/01 11:49 am | Email fro Norma Cote to Aaron Schuham RE (no subject)<br>Strategy/cases re: intervenors' equal protection claim |
| 11/15/01 12:49 pm | Email from Aaron Schuham to Norma Cote, Meredith Burrell RE (no subject)<br>Discussing response to second amended complaint |
| 11/15/01 5:58 pm | Email from Norma Cote to Aaron Schuham, Meredith Burrell RE Defendants' Motion<br>Service of City's motion |
| 11/15/01 6:01 pm | Email from Aaron Schuham to Norma Cote RE Defendants' Motion<br>Service of City's memorandum of law |
| 11/15/01 6:31 pm | Email from Norma Cote to Aaron Schuham RE Defendants' Motion<br>City will send memo of law tomorrow |
| 11/16/01 6:29 pm | Email from Norma Cote to Aaron Schuham, Meredith Burrell RE Updated Info on Intervenors<br>Sending attachment summarizing work history of intervenors and proposed intervenors |
| 11/19/01 9:23 am | Email from Aaron Schuham to Norma Cote RE Updated Info on Intervenors<br>Requesting City to fax papers filed last week |
| 11/19/01 12:07 pm | Email from Aaron Schuham to Norma Cote RE (no subject)<br>Requesting City to email documents filed last week |
| 11/19/01 2:53 pm | Email fro Norma Cote to Aaron Schuham RE (no subject)<br>Forwarding electronic copies of City's papers on motion to dismiss |
| 11/19/01 5:38 pm | Email from Aaron Schuham to Norma Cote, cc Meredith Burrell RE (no subject)<br>Strategy re: motion to strike |
| 11/21/01 1:28 m | Email from Norma Cote to Aaron Schuham RE (no subject)<br>Strategy re: motion to strike |
| 11/21/01 2:01 pm | Email from Aaron Schuham to Norma Cote, cc Meredith Burrell RE (no subject)<br>Strategy re: motion to strike |
| 11/21/01 4:39 pm | Email from Norma Cote to Aaron Schuham RE (no subject)<br>Strategy re: motion to strike |

| DATE & TIME | DESCRIPTION OF COMMUNICATION |
|---|---|
| 11/26/01 12:11 pm | Email from Norma Cote to Aaron Schuham, Meredith Burrell RE Motion to Strike 2nd Amended Complaint<br>Strategy re: motion to strike |
| 11/26/01 12:38 pm | Email from Aaron Schuham to Norma Cote, Meredith Burrell RE Motion to Strike 2nd Amended Complaint<br>Strategy re: motion to strike |
| 11/26/01 2:19 pm | Email from Meredith Burrell to Aaron Schuham, Norma Cote RE Motion to Strike 2nd Amended Complaint<br>Strategy re: motion to strike, setting up conference call |
| 11/26/01 2:40 pm | Email from Norma Cote to Meredith Burrell RE Motion to Strike 2nd Amended Complaint<br>Setting up phone conference |
| 11/26/01 2:50 pm | Email from Meredith Burrell to Norma Cote RE Motion to Strike 2nd Amended Complaint<br>Setting up phone conference |
| 11/27/01 12:16 pm | Email from Aaron Schuham to Norma Cote RE (no subject)<br>Strategy re: drafting motion to strike |
| 11/27/01 12:43 pm | Email from Norma Cote to Aaron Schuham RE (no subject)<br>Strategy re: drafting motion to strike |
| 11/27/01 6:51 pm | Email from Norma Cote to Aaron Schuham, Meredith Burrell RE The Latecomer Would-Be Intervenors<br>Strategy re: motion to strike |
| 11/28/01 9:13 am | Email from Aaron Schuham to Norma Cote, Meredith Burrell RE the Latecomer Would-Be Intervenors<br>Strategy re: motion to strike |
| 11/28/01 11:23 am | Email from Aaron Schuham to Norma Cote RE (no subject)<br>Strategy re: motion to strike |
| 11/28/01 12:04 pm | Email from Aaron Schuham to Norma Cote RE (no subject)<br>Forwarding draft notice of motion |
| 11/28/01 12:25 pm | Email from Norma Cote to Aaron Schuham RE Draft Notice of Motion<br>Correction to notice; discussion of draft notice of motion |
| 11/28/01 1:03 pm | Email from Norma Cote to Aaron Schuham, Meredith Burrell RE "Unless otherwise ordered by the court..."<br>Strategy re: motion to strike |

| DATE & TIME | DESCRIPTION OF COMMUNICATION |
|---|---|
| 11/28/01 1:34 pm | Email from Aaron Schuham to Norma Cote RE Draft Notice of Motion Discussion of draft notice of motion |
| 11/28/01 1:36 pm | Email from Aaron Schuham to Norma Cote RE "Unless otherwise ordered by the court..." Strategy re: motion to strike |
| 11/28/01 1:51 pm | Email from Norma Cote to Aaron Schuham RE Draft Notice of Motion Discussion of draft notice of motion |
| 11/28/01 2:37 pm | Email from Meredith Burrell to Norma Cote, Aaron Schuham RE Draft Memorandum Forwarding draft memorandum of law of City's review |
| 11/28/01 2:52 pm | Email from Aaron Schuham to Norma Cote, cc Meredith Burrell RE (no subject) Forwarding draft notice of motion |
| 11/28/01 4:39 pm | Email from Aaron Schuham to Norma Cote RE (no subject) Discussion of argument in motion to strike |
| 11/28/01 5:44 pm | Email from Norma Cote to Aaron Schuham RE Notice of Motion Correction to draft notice of motion |
| 11/28/01 5:44 pm | Email from Aaron Schuham to Norma Cote RE Notice of Motion Correction to draft notice of motion |
| 11/28/01 6:28 pm | Email from Aaron Schuham to Norma Cote RE (no subject) Running low on time to file motion |
| 11/28/01 6:36 pm | Email from Norma Cote to Aaron Schuham, Meredith Burrell RE Point B Forwarding draft of portion of argument for motion to strike |
| 11/28/01 6:39 pm | Email from Norma Cote to Aaron Schuham RE (no subject) Response to Schuham's email of 6:28 pm |
| 11/28/01 7:18 pm | Email from Aaron Schuham to Norma Cote RE (no subject) Status of brief, thanks |
| 11/29/01 12:29 pm | Email from Norma Cote to Aaron Schuham (no subject) Thanks |
| 12/03/01 3:30 pm | Email from Norma Cote to Aaron Schuham, Meredith Burrell RE Query to Rosman/McCarter Strategy re: re-entry of non-challenged provisions of the settlement agreement |
| 12/03/01 3:38 pm | Email from Aaron Schuham to Norma Cote RE Query to Rosman/McCarter Strategy re: re-entry of non-challenged provisions of the settlement agreement |

| DATE & TIME | DESCRIPTION OF COMMUNICATION |
|---|---|
| 12/03/01 4:21 pm | Email from Norma Cote to Aaron Schuham, RE Query to Rosman/McCarter<br>Strategy re: re-entry of non-challenged provisions of the settlement agreement |
| 12/03/01 4:30 pm | Email from Aaron Schuham to Norma Cote, cc Meredith Burrell RE Query to Rosman/McCarter<br>Strategy re: re-entry of non-challenged provisions of the settlement agreement |
| 12/04/02 4:00 pm | Email from Aaron Schuham to Norma Cote RE (no subject)<br>Letter to Rosman |
| 12/04/01 6:24 pm | Email from Norma Cote to Aaron Schuham RE (no subject)<br>Letter to Rosman |
| 12/05/01 4:37 pm | Email from Norma Cote to Aaron Schuham RE The Federalist conference<br>Re: materials from conference panel |
| 12/05/01 5:12 pm | Email from Aaron Schuham to Norma Cote RE the Federalist conference<br>re: materials from conference panel |
| 12/06/01 4:55 pm | Email from Aaron Schuham to Norma Cote RE (no subject)<br>Strategy re: intervenors' non-response to City's letter |
| 12/07/01 3:17 pm | Email from Aaron Schuham to Norma Cote RE (no subject)<br>Strategy/deadline for intervenors' response to City's letter |
| 12/07/01 12:57 pm | Email from Norma Cote to Aaron Schuham RE (no subject)<br>Strategy/deadline for intervenors' response to City's letter |
| 12/10/01 1:38 pm | Email from Aaron Schuham to Norma Cote RE (no subject)<br>Intervenors' knowledge of whether relief effected |
| 12/11/01 6:11 pm | Email from Aaron Schuham to Norma Cote, cc Meredith Burrell RE (no subject)<br>Setting up conference call |
| 12/13/01 4:18 pm | Email from Norma Cote to Aaron Schuham, Meredith Burrell RE Arrested Custodians |
| 12/17/01 3:26 pm | Email from Aaron Schuham to Norma Cote RE (no subject)<br>Copy of transcript of earlier conference with Court |
| 12/17/01 7:17 pm | Email from Norma Cote to Aaron Schuham, Meredith Burrell RE Proposed Order<br>Strategy re: language of proposed order |
| 12/18/01 12:46 pm | Email from Meredith Burrell to Norma Cote, Aaron Schuham RE Proposed Order<br>Language of proposed order |

- 9 -

| DATE & TIME | DESCRIPTION OF COMMUNICATION |
|---|---|
| 12/18/012:44 pm | Email from Norma Cote to Aaron Schuham RE Transcript of Oct. 5 Judicial Conference<br>Discussing Rosman's statements at 10/5 status hearing |
| 12/18/01 2:47 pm | Email from Aaron Schuham to Meredith Burrell, Marybeth Martin,[4] Cate Greene[5] RE Transcript of Oct. 5 Judicial Conference<br>Forwarding City's email |
| 01/02/02 6:10 pm | Email from Norma Cote to Aaron Schuham, Meredith Burrell RE Objections of Ahearn, Brennan, and Brunkhorst |
| 01/07/02 5:44 pm | Email from Norma Cote to Aaron Schuham, Meredith Burrell RE Reply Papers on Our Motions for Partial Dismissal/SJ<br>Setting up conference to discuss reply strategy |
| 01/07/02 5:50 pm | Email from Aaron Schuham to Norma Cote, Meredith Burrell RE Reply Papers on Our Motions for Partial Dismissal/SJ<br>Strategy/arguments re: reply breif |
| 01/07/02 6:00 pm | Email from Norma Cote to Aaron Schuham RE Reply Papers on Our Motions for Partial Dismissal/SJ<br>Strategy/arguments re: reply brief |
| 01/07/02 6:01 pm | Email from Aaron Schuham to Norma Cote, Meredith Burrell RE Reply Papers on Our Motions for Partial Dismissal/SJ<br>Correct fax number |
| 01/07/02 6:03 pm | Email from Aaron Schuham to Norma Cote, Meredith Burell RE Reply Papers on Our Motions for Partial Dismissal/SJ<br>Strategy/arguments re: reply brief |
| 01/08/02 | Meredith Burrell's handwritten notes of telephone conference with Norma Cote, Aaron Schuham<br>Strategy re: motion to strike   * |
| 01/17/02 10:01 am | Email from Aaron Schuham to Norma Cote, cc Meredith Burrell RE (no subject)<br>Strategy re: responding to intervenors' discovery requests |
| 1/17/02 1:37 pm | Email from NC to AS, RE (no subject):<br>Strategy re: whether service of discovery was appropriate |

[4] Deputy Chief assigned as reviewer in the Employment Litigation Section during the time period covered by this index.

[5] Paralegal assigned to this matter until her retirement in early 2002.

| DATE & TIME | DESCRIPTION OF COMMUNICATION |
|---|---|
| 01/17/02 1:37 pm | Email from Norma Cote to Aaron Schuham RE EDNY rules re: Rule 26(f), 16(b), court scheduling of discovery (responding to email from AS to NC) re: same issues |
| 01/17/02 1:41 pm | Email from Norma Cote to Aaron Schuham RE Postponement of Oral Argument Suspending oral argument |
| 01/17/02 1:44 pm | Email from Aaron Schuham to Norma Cote RE Postponement of Oral Argument Suspending oral argument |
| 01/17/02 1:44 pm | Email from Aaron Schuham to Norma Cote, cc Meredith Burrell, RE (no subject): Strategy re: responding to intervenors' discovery requests |
| 1/28/02 1:00 pm | Email from Norma Cote to Meredith Burrell Re (no subject) Setting up conference call |
| 1/28/02 12:46 pm | Email from Norma Cote to Meredith Burrell RE (no subject) Setting up conference call |
| 1/29/02 1:39 pm | Email from Norma Cote to Meredith Burrell, Aaron Schuham RE Then There Were Two City's strategy re: opposing/limiting intervention |
| 1/29/02 1:43 pm | Email from Meredith Burrell to Marybeth Martin FW: Then There Were Two Forwarding Norma Cote's email |
| 02/04/02 12:17 pm | Email from Norma Cote to Meredith Burrell, Aaron Schuham RE Response to Brennan v Ashcroft Setting up conference to discuss Brennan, due date for answer to Brennan complaint |
| 02/04/02 1:29 pm | Email from Norma Cote to Meredith Burrell RE: Response to Brennan v Ashcroft Due date for answer in Brennan v Ashcroft |
| 02/04/02 1:45 pm | Email from Meredith Burrell to Norma Cote RE: Response to Brennan v. Ashcroft Due date for answer in Brennan, strategy re: seeking an extension |
| 02/04/02 3:25 pm | Email from Norma Cote to Meredith Burrell RE: Extension and New Devel in Brennan v Ashcroft Extension of time to answer, potential amendment of complaint |
| 02/04/02 | Email from Norma Cote to Meredith Burrell RE P.S. to last message Cancelling phone conference |
| 02/06/02 2:54 pm | Email from Norma Cote to Meredith Burrell, Aaron Schuham RE Correct Address for Service and Strategy Conferral Strategy re: reply papers and oral argument in NY Bd, response in Brennan |

| DATE & TIME | DESCRIPTION OF COMMUNICATION |
|---|---|
| 02/07/02 4:06 pm | Email from Meredith Burrell to Norma Cote, Aaron Schuham RE Correct Address for Service, and Strategy Conferral<br>Setting up conference call; strategy re: responding to intervenors' discovery |
| 02/08/02 3:11 pm | Email from Norma Cote to Meredith Burrell RE Please Resend Last Night's E-mail<br>Did not receive last night's email |
| 02/08/02 3:19 pm | Email from Meredith Burrell to Norma Cote RE Preliminary Injunction Motion<br>Receipt of preliminary injunction papers in Brennan |
| 02/08/02 3:40 pm | Email from Meredith Burrell to Norma Cote FW Correct Address for Service, and Strategy Conferral<br>Re-sending email of 4/7/02, 4:06 pm |
| 02/08/02 4:1/ pm | Email from Norma Cote to Meredith Burrell RE Preliminary Injunction Motion<br>Receipt of preliminary injunction papers in Brennan |
| 02/08/02 4:25 pm | Email from Meredith Burrell to Norma Cote RE Preliminary Injunction Motion<br>Receipt of preliminary injunction papers in Brennan |
| 02/08/02 4:27 pm | Email from Norma Cote to Meredith Burrell RE Preliminary Injunction Motion<br>Return date of preliminary injunction motion |
| 02/08/02 4:40 pm | Email from Meredith Burrell to Norma Cote RE Preliminary Injunction Motion<br>Return date of preliminary injunction papers; time to respond |
| 02/08/02 5:08 pm | Email from Norma Cote to Meredith Burrell RE Preliminary Injunction Motion<br>Strategy re: time/substance of response to preliminary injunction |
| 02/11/02 5:15 pm | Email from Norma Cote to Meredith Burrell RE Strategy Conference<br>Setting up conference call |
| 02/11/02 5:48 pm | Email from Meredith Burrell to Norma Cote RE Strategy Conference<br>Setting up conference call |
| 02/11/02 5:53 pm | Email from Norma Cote to Meredith Burrell RE Strategy Conference<br>Setting up conference call |
| 02/12/02 2:57 pm | Email from Norma to Cote to Meredith Burrell RE Objections to Discovery<br>Strategy re: response to intervenors' discovery requests |
| 02/12/02 3:46 pm | Email from Norma Cote to Meredith Burrell RE The U.S's Brief on Appeal<br>Electronic copy of U.S. 2d Cir brief |
| 02/12/02 3:49 pm | Email from Meredith Burrell to Norma Cote RE The U.S.'s Brief on Appeal<br>Electronic copy of U.S. 2d Cir brief |

| DATE & TIME | DESCRIPTION OF COMMUNICATION |
|---|---|
| 02/12/02 5:54 pm | **Email from Meredith Burrell to Norma Cote RE U.S.'s Appellate Brief** Electronic copy of U.S. 2d Cir brief |
| 02/12/02 6:01 pm | **Email from Norma Cote to Meredith Burrell RE Draft discovery response** Draft discovery responses attached; strategy re: discovery objections |
| 02/12/02 6:32 pm | **Email from Meredith Burrell to Norma Cote RE Draft discovery response** Strategy re: discovery objections |
| 2/13/02 8:37 am | **Email from Meredith Burrell to Norma Cote RE Draft discovery response** Strategy re: discovery objections |
| 02/13/02 12:13 pm | **Email from Norma Cote to Meredith Burrell RE Discovery Responses** Strategy re: discovery objections |
| 02/13/02 12:21 pm | **Email from Meredith Burrell to Norma Cote RE Discovery Responses** Strategy re: discovery objections |
| 02/13/02 2:28 pm | **Email from Meredith Burrell to Norma Cote RE Discovery Responses** Strategy re: discovery objections |
| 02/13/02 4:12 pm | **Email from Norma Cote to Meredith Burrell RE Discovery Responses** Strategy re: discovery objections |
| 02/13/02 4:26 pm | **Email from Meredith Burrell to Norma Cote RE Discovery Responses** Strategy re: discovery objections |
| 02/14/02 1:10 pm | **Email from Norma Cote to Meredith Burrell, Aaron Schuham RE (no subject)** Forwarding information re: potential new intervenors PLUS two-page attachment containing factual information |
| 02/14/02 2:33 pm | **Email from Meredith Burrell to Norma Cote RE (no subject)** Transcript of Dec. 14 hearing |
| 02/19/02 1:04 pm | **Email from Aaron Schuham to Norma Cote RE Postponement of Oral Argument** Re Levels of DOJ review of PI brief and requesting extension to respond to PI motion, DOJ appellate brief strict scrutiny arguments and NYC position on that issue |
| 02/19/02 1:39 pm | **Email from Norma Cote to Aaron Schuham RE Postponement of Oral Argument** Stating NYC position on seeking extension to respond to PI motions, DOJ appellate brief strict scrutiny argument, NYC strategy re: merits |
| 02/19/02 1:45 pm | **Email from Norma Cote to Aaron Schuham RE Postponement of Oral Argument** Seeking clarification on requesting extension for oral argument for Feb 28 hearing and answering papers on PI motion |

| DATE & TIME | DESCRIPTION OF COMMUNICATION |
|---|---|
| 02/19/02 2:25 pm | **Email from Aaron Schuham to Norma Cote RE Postponement of Oral Argument** (second email forwarding this email to Meredith Burrell) Responding to NC's 1:45 pm email, strategy on joint vs. separate motions |
| 02/19/02 4:16 pm | **Email from Norma Cote to Aaron Schuham RE Postponement of Oral Argument** Answering 2:25 pm email |
| 02/19/02 4:53 pm | **Email from Aaron Schuham to Norma Cote RE Postponement of Oral Argument** Answering 4:16 pm email |
| 02/19/02 5:18 pm | **Email from Norma Cote to Aaron Schuham RE Postponement of Oral Argument** Answering 4:53 pm email |
| 02/19/02 5:21 pm | **Email from Aaron Schuham to Norma Cote RE Postponement of Oral Argument** Answering 5:18 pm email |
| 02/19/02 5:25 pm, 5.28 pm | **Email from Norma Cote to Aaron Schuham RE Postponement of Oral Argument** Setting time for phone conference; "thanks" |
| 02/20/02 11:18 am | **Email from Aaron Schuham to Norma Cote** Saying back from meeting and asking NC to call |
| 02/20/02 | **Meredith Burrell's handwritten notes of phone conference with Norma Cote, Aaron Schuham** Strategy re: new proposed intervenors, new lawsuit, preliminary injunction motion |
| 02/20/02 5:42 pm | **Email from Aaron Schuham to Norma Cote** Attaching draft of letter to Judge Levy making joint request for extension of time to respond to notice of motion for P.I. |
| 02/21/02 11:40 am | **Email from Norma Cote to Aaron Schuham** Attaching edits to draft of letter to Judge Levy and rationales for edits |
| 02/21/02 12:06 pm | **Email from Aaron Schuham to Norma Cote** Re: 11:40 am email, saying will accept revisions and send back for final approval |
| 02/21/02 12:30 pm | **Email from Aaron Schuham to Norma Cote** Re: final version of letter to Judge Levy |
| 02/21/02 1:00 pm | **Email from Aaron Schuham to Norma Cote** Re: conversation with clerk to Judge Levy regarding motion for p.i. and request for extension; atty strategy on which judge can grant or deny the p.i. (Judge Levy vs. Judge Block) |
| 02/21/02 1:08 pm | **Email from Norma Cote to Aaron Schuham** Re: mistake in final version of letter to Judge Levy |

| DATE & TIME | DESCRIPTION OF COMMUNICATION |
|---|---|
| 02/21/02 1:09 pm | Email from Aaron Schuham to Norma Cote<br>Re: 1:08p.m. email: "no problem" |
| 02/21/02 2:33 pm | Email from Norma Cote to Aaron Schuham<br>Asking whether AS informed Judge Levy's clerk about Title VII provision re: collateral attack |
| 02/21/02 2:42 pm | Email from Aaron Schuham to Norma Cote<br>Responding to 2:33 pm email |
| 02/21/02 3:28 pm | Email from Meredith Burrell to Norma Cote RE Application for Extension of Time<br>Receipt of order re: request for extension of time to respond to preliminary injunction motion |
| 02/21/02 5:19 pm | Email from Aaron Schuham to Norma Cote<br>Thanking NC for sending letter to Judge Levy, asking whether NC needs fedex of joint motion for extension of time |
| 02/21/02 5:35 pm | Email from Aaron Schuham to Norma Cote, cc: Meredith Burrell Asking for fax of NYC reply brief on motion to strike |
| 02/22/02 10:13 am | Email from Meredith Burrell to Norma Cote RE We don't need you to fax the reply brief<br>File copy of reply brief; Intervenor Brennan's contact with offerees |
| 02/27/02 10:47 am | Email from Norma Cote to Meredith Burrell RE (no subject)<br>setting up conference call |
| 02/27/02 10:56 am | Email from Meredith Burrell to Norma Cote RE (no subject)<br>Setting up conference call |
| 02/27/02 | Meredith Burrell's handwritten notes of phone conference with Norma Cote, Aaron Schuham  * |
| 02/27/02 12:08 pm | Email from Meredith Burrell to Norma Cote RE (no subject)<br>Strategy re: motions argument at upcoming hearing |
| 02/27/02 12:24 pm | Email from Norma Cote to Meredith Burrell RE Sequence of Oral Argument<br>Strategy re: motions argument at upcoming hearing |
| 02/27/02 3:28 pm | Email from Norma Cote to Meredith Burrell, Aaron Schuham RE My objectives re the "Complaint"<br>Attaching sketch of City's objectives at oral argument on motion to dismiss |
| 02/27/02 7:31 pm | Email from Norma Cote to Meredith Burrell, Aaron Schuham RE Objectives of 2/28 Argument<br>Attaching outline of City's objectives at oral argument regarding new intervenors |

| DATE & TIME | DESCRIPTION OF COMMUNICATION |
|---|---|
| 03/01/02 9:16 am | <u>Email from Aaron Schuham to Norma Cote, Meredith Burrell RE (no subject)</u> Strategy re: possible expansion of class/addition of plaintiffs in Brennan |
| 03/01/02 12:17 pm | <u>Email from Norma Cote to Aaron Schuham, cc Meredith Burrell RE (no subject)</u> Strategy re: possible expansion of class/addition of plaintiffs in Brennan; **timing of next transfer list; irreparable harm** |
| 03/04/02 12:25 pm | <u>Email from Norma Cote to Meredith Burrell RE Loose Ends</u> Copy of transcript; offeree declarations |
| 03/04/02 12:28 pm | <u>Email from Norma Cote to Aaron Schuham, Meredith Burrell</u> Asking whether Court set date for NYC providing Offeree information to intervenors, |
| 03/04/02 12:29 pm | <u>Email from Aaron Schuham to Norma Cote</u> responding to 12:28 pm email |
| 03/04/02 1:54 pm | <u>Email from Meredith Burrell to Norma Cote RE Loose Ends</u> Copy of transcript; forwarding draft offeree declaration |
| 03/04/02 4:34 pm | <u>Email from Norma Cote to Meredith Burrell RE Loose Ends</u> City's comments re: offeree declarations |
| 03/04/02 4:41pm | <u>Email from Meredith Burrell to Aaron Schuham RE Loose Ends</u> Forwarding City's comments re: offeree declarations |
| 03/04/02 5:01 pm | <u>Email from Aaron Schuham to Meredith Burrell RE Loose Ends</u> Re City's comments re offeree declarations |
| 03/04/02 5:14 pm | <u>Email from Aaron Schuham to Norma Cote, cc Meredith Burrell RE (no subject)</u> Strategy re: response to preliminary injunction motion |
| 03/04/02 6:34 pm | <u>Email from Norma Cote to Aaron Schuham RE (no subject)</u> Strategy re: response to preliminary injunction motion |
| 03/05/02 8:54 am | <u>Email from Aaron Schuham to Meredith Burrell RE Too much information</u> Forwarding City's email of 3/4/02, 6:34 pm |
| 03/05/02 2:57 pm | <u>Email from Norma Cote to Aaron Schuham, Meredith Burrell RE Declarations for Arroyo and LaFaye</u> |
| 03/05/02 3:01 pm | <u>Email from Aaron Schuham to Norma Cote RE Declarations for Arroyo and LaFaye</u> Asking for phone conference |
| 03/06/02 12:59 pm | <u>Email from Norma Cote to Meredith Burrell, Aaron Schuham RE Letter to Boyd and Ashcroft</u> Seeking permission to write directly to Boyd and Ashcroft |

| DATE & TIME | DESCRIPTION OF COMMUNICATION |
|---|---|
| 03/06/02 1:07 pm | Email from Aaron Schuham to Norma Cote responding to 12:59 pm email |
| 03/06/02 1:08 pm | Email from Aaron Schuham to Marybeth Martin, Katherine Baldwin,[6] Meredith Burrell FW Letter to Boyd and Ashcroft Forwarding City's email seeking permission to write directly to Boyd and Ashcroft |
| 03/06/02 1:20 pm | Email from Marybeth Martin to Aaron Schuham, Katherine Baldwin, Meredith Burrell RE Letter to Boyd and Ashcroft Re: response to City's request to write to Boyd/Ashcroft |
| 03/06/02 Time ? | Email from Aaron Schuham to Norma Cote RE Letter to Boyd and Ashcroft Acknowledging receipt of City's request |
| 03/06/02 1:38 pm | Email from Aaron Schuham to Norma Cote Acknowledging receipt, saying will need time before responding to it |
| 03/06/02 1:47 pm | Email from Norma Cote to Aaron Schuham RE Letter to Boyd and Ashcroft Re: request to write directly to Boyd/Ashcroft |
| 03/06/02 ?:10 pm | Email from Aaron Schuham to Katherine Baldwin, Marybeth Martin, Meredith Burrell FW Letter to Boyd and Ashcroft Forwarding City's email |
| 03/06/02 3:40 pm | Email from Meredith Burrell to Katherine Baldwin FW Letter to Boyd and Ashcroft Forwarding City's email requesting permission to write to Boyd/Ashcroft; explaining strategy discussions held with the City |
| 03/06/02 3:55 pm | Email from Katherine Baldwin to Mike Wiggins,[7] Minh Vu,[8] cc Marybeth Martin, Aaron Schuham, Meredith Burrell RE NYC Board of Education Forwarding City's email requesting permission to write to Boyd and Ashcroft |
| 03/06/02 4:32 pm | Email from Aaron Schuham to Norma Cote Asking for clarification on # of offerees, veracity of assertion in memo in support of motion for p.i. |
| 03/06/02 4:45 pm | Email from Norma Cote to Aaron Schuham Clarifying number of offerees, attaching two-page summary on offerees |

[6] Chief of the Employment Litigation Section during the time period covered by this index

[7] Deputy Assistant Attorney General for the Civil Rights

[8] Counselor to the Assistant Attorney General for the Civil Rights Division

| DATE & TIME | DESCRIPTION OF COMMUNICATION |
|---|---|
| 03/06/02 4:46 pm | Email from Aaron Schuham to Norma Cote<br>Asking for further clarification |
| 03/06/02 4:50 pm | Email from Norma Cote to Aaron Schuham<br>Answering email from AS to NC listed above |
| 03/06/02 4:54 pm | Email from Aaron Schuham to Norma Cote<br>Asking for further clarification on number of offerees |
| 03/07/02 10:28 am | Email from Norma Cote to Aaron Schuham<br>Answering email from AS to NC listed above |
| 03/07/02 10:29 am | Email from Aaron Schuham to Norma Cote<br>thanking NC for info. |
| 03/07/02 10:52 am | Email from Aaron Schuham to Norma Cote, cc Meredith Burrell RE (no subject)<br>Facts/strategy re: economic harm to proposed intervenors |
| 03/07/02 11:51 am | Email from Norma Cote to Aaron Schuham<br>Facts/strategy re: economic harm to proposed intervenors |
| 03/08/02 10:55 am | Email from Aaron Schuham to Norma Cote RE Important<br>Re strategy on draft declarations and providing information about offerees with whom US maintains contact; asking whether NYC can provide declaration on certain factual issue |
| 03/08/02 11:48 am | Email from Norma Cote to Aaron Schuham RE Important<br>Effect of preliminary injunction on beneficiaries |
| 03/08/02 11:51 am | Email from Aaron Schuham to Meredith Burrell, cc Marybeth Martin FW Important<br>Forwarding City's email of 3/8/02, 11:48 am |
| 03/11/02 11:39 am | Email from Aaron Schuham to Norma Cote<br>Asking NC to call regarding request to send letter directly to Boyd and Ashcroft |
| 03/12/02 | Letter from Michael Cardozo[9] to Ralph Boyd,[10] cc Norma Cote, John Ashcroft,[11] Aaron Schuham, Meredith Burrell<br>Concerns re: U.S.'s defense of settlement agreement |

---

[9] Corporation Counsel for the City of New York

[10] Assistant Attorney General for Civil Rights

[11] United States Attorney General

| DATE & TIME | DESCRIPTION OF COMMUNICATION |
|---|---|
| 03/12/02 4:53 pm | **Email from Norma Cote to Aaron Schuham, Meredith Burrell** Asking whether we received letter referenced above. Also providing factual information on intervenors/proposed intervenors and strategy |
| 03/12/02 4:58 pm | **Email from Aaron Schuham to Norma Cote, cc Meredith Burrell** Acknowledging receipt of letter, forwarded it to DOJ officials |
| 03/14/02 10:50 am | **Email from Norma Cote to Meredith Burrell, Aaron Schuham RE Setting a Trap** Strategy re: consent to hearing before magistrate |
| 03/14/02 6:05 pm | **Email from Norma Cote to Aaron Schuham, Meredith Burrell** Attaching draft of Lonergan Declaration (17 pp.) |
| 03/18/02 1:50 pm | **Email from Norma Cote to Aaron Schuham, Meredith Burrell RE Fax Just Sent** Asking to ignore fax cover sheet w/explanation |
| 03/18/02 2:47 pm | **Email from Meredith Burrell to Norma Cote, cc Aaron Schuham RE Fax Just Sent** Responding to above email message from NC; recapitulating conversation with Judge Levy's law clerk |
| 03/18/02 23 pm | **Email from Norma Cote to Aaron Schuham, Meredith Burrell RE: Intervenors' Objections to Discovery Rulings** Strategy regarding timing of response; asking whether DOJ attys have conducted research on timing issues |
| 03/18/02 5:15 pm | **Email from Norma Cote to Aaron Schuham, Meredith Burrell RE: Letter to Rosman re Assignment to Levy** Attaching draft of letter to Michael Rosman |
| 03/19/02 1:11 pm | **Email from Norma Cote to Meredith Burrell RE New Scheduling Order** Waiving service of new scheduling order |
| 04/01/02 2:24 pm | **Email from Norma Cote to Meredith Burrell, cc Aaron Schuham RE Date of Notice of Appeal** |
| 04/01/02 3:27 pm | **Email from Meredith Burrell to Norma Cote RE Date of Notice of Appeal** Responding to NC's earlier email re: date of notice of appeal |
| 04/03/02 11:14 am | **Email from Norma Cote to Aaron Schuham, Meredith Burrell RE School Custodians Case** Asking whether US will serve p.i. papers on "Friday" |
| 04/04/02 8:49 am | **Email from Meredith Burrell to Norma Cote, cc Aaron Schuham RE School Custodians Case** Responding to 04/03/02 email from NC to MB |
| Undated | **Meredith Burrell's handwritten notes of phone conference with Norma Cote** Strategy re: dismissing new proposed intervenors   * |

| DATE & TIME | DESCRIPTION OF COMMUNICATION |
|---|---|
| Undated | Meredith Burrell's handwritten notes of phone conference with Norma Cote Strategy on preliminary injunction motion |
| Undated | Meredith Burrell's handwritten notes of phone conference with Norma Cote, Aaron Schuham Strategy re: which elements of agreement intervenors have an interest in challenging |

Please provide the documents in electronic form except for documents that do not exist in electronic form, unless it would be cheaper for me to obtain the documents in written form.

The Civil Rights Division, Employment Litigation Section, assigned lawyers to work on these cases, such as Aaron Schuham, and Meredith Burrell. Accordingly, the Civil Rights Division should have the requested records. However, if it does not, please provide me with the name of the proper custodian.

To the extent that the Civil Rights Division is permitted to charge search time, copying costs, or other fees in connection with this request, CIR agrees in advance to pay up to a total of five hundred dollars ($500.00) for such time, costs, and fees. (If there are any such charges, please provide an invoice for the time incurred and cost for each document for which more than $15.00 is sought). If you estimate or expect that the total search time, costs, and/or fees will exceed five hundred dollars ($500.00), please contact me first at the above telephone number to discuss this request.

As provided by FOIA, I look forward to hearing from you within twenty (20) days (or any shorter time period required by law). If you deny this request, please provide a written explanation for the denial including a reference to the specific statutory exemption upon which you are relying, and provide the name and address of the person or body to whom an appeal should be directed. Also, please provide all segregable or non-exempt portions of otherwise exempt material.

Very truly yours,

Hans Bader

Hans Bader
Associate Counsel